No. 637. TRAIN *v.* UNITED STATES. Second Circuit. Denied April 21, 1902. *Mr. Albert Comstock* for the petitioners. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

---

No. 639. MAYES *v.* SOUTHERN RAILWAY COMPANY. Fourth Circuit. Denied April 21, 1902. *Mr. Charles W. Tillett* for the petitioner. *Mr. Charles Price* opposing.

---

No. 651. MUNN *v.* BAKER. Second Circuit. Denied April 28, 1902. *Mr. James J. Macklin* for the petitioner. *Mr. Harrington Putnam*, *Mr. James K. Symmers*, *Mr. J. E. Carpenter* and *Mr. Samuel Park* opposing.

---

No. 653. FIRST NATIONAL BANK OF LOUISVILLE *v.* HINDMAN. Sixth Circuit. Denied April 28, 1902. *Mr. Alexander Pope Humphrey* and *Mr. John L. Dodd* for the petitioners. *Mr. Augustus E. Willson* and *Mr. Edward J. McDermott* opposing.

---

No. 652. HARDING *v.* HART. Seventh Circuit. Denied April 28, 1902. (Mr. Justice Brown took no part in the disposition of this application.) *Mr. A. A. Hoehling, Jr.*, for the petitioner. *Mr. Frederic Ullman* and *Mr. D. J. Schuyler* opposing.